UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JAMISON,<br><br>           Plaintiff,<br><br>      v.<br><br>M. CAPELLO, et al.,<br><br>           Defendants.<br>_____/ | CASE NO.   1:10-CV-01633-MJS (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING ORDER AND EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF NO. 13) |

   Plaintiff Willie Jamison is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to Magistrate jurisdiction.

   The Court screened Plaintiff's Complaint on January 23, 2012, and offered Plaintiff the option of proceeding upon certain cognizable claims or filing an amended complaint. (ECF No. 11.)  Plaintiff filed a First Amended Complaint on February 23, 2012 (ECF No. 12).  It has not yet been screened.

1 | Before the Court is Defendants' Motion for Court to Screen First Amended Complaint or in the Alternative for Thirty-Day Extension to File Defendants' Response. (ECF No. 13.) Defendants request that the Court screen the First Amended Complaint pursuant to 28 U.S.C. § 1915A or extend time to respond to the First Amended Complaint.[1]

The Motion is GRANTED. The Court will screen Plaintiff's First Amended Complaint in due course. Defendants shall answer or otherwise respond to Plaintiff's claims within thirty (30) days of the Court's screening order if any claims are found cognizable.

IT IS SO ORDERED.

Dated:   March 14, 2012                  /s/ *Michael J. Seng*
ci4d6                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants response currently is due March 8, 2012. (Motion, p. 2, ECF No. 13.)