# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JAMISON, <br><br> Plaintiff, <br><br> v. <br><br> CAPELLO, et al., <br><br> Defendants. | Case No. 1:10-cv-01633-MJS (PC) <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR WAIVER OF DISCOVERY COSTS** <br><br> **(ECF No. 26)** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter proceeds on an excessive force claim against Defendant Capello and deliberate indifference and equal protection claims against Defendants Capello and Kuntz.

Before the Court is Plaintiff's motion for waiver of the cost of conducting a deposition by written questions on the sole ground that he is proceeding in forma pauperis ("IFP").

Defendants removed this action from state court and in doing so paid the filing fee. Plaintiff has not been granted IFP status, but even if he had, the IFP statute does not provide for waiver of discovery costs. See 28 U.S.C. §1915; see also *Toliver v. Community Action Com'n to Help the Economy, Inc., CACHE*, 613 F.Supp. 1070, 1072 (S.D.N.Y. 1985) (no clear statutory authority for prepayment of discovery costs). Plaintiff provides no

1

authority to the contrary, and the Court is aware of none.

In noting that Defendants objected to his discovery, Plaintiff may in fact be suggesting that Defendants should be compelled to respond to that discovery. If so, the instant motion does not include information necessary to such a motion. A party moving to compel bears the burden of demonstrating why discovery objections are not justified. See e.g., *Grabek v. Dickinson*, 2012 WL 113799, at *1 (E.D. Cal. Jan.13, 2012). This requires the moving party to inform the Court which discovery requests are the subject of the motion to compel, and, for each disputed response, why the information sought is relevant and why the responding party's objections are not meritorious. *Id.*

Plaintiff's motion does not include all this required information. Additionally, the deadline for filing a motion to compel expired September 3, 2014. (See ECF No. 18 at ¶ 8.) To seek discovery relief, Plaintiff would have to demonstrate good cause why he was unable to seek such relief before the September 3rd deadline.

Accordingly, for the reasons stated, it is HEREBY ORDERED that Plaintiff's motion for waiver of discovery costs (ECF No. 26) is DENIED.

IT IS SO ORDERED.

Dated:   September 30, 2014           /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE